We have reviewed the briefs of the parties and the record on appeal and find that the Commission's award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The award is affirmed pursuant to Rule 84.16(b).

well as denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Brandon C. DABBS, Appellant.**

**Brandon C. DABBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 50829, WD 52025.**

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1997.

Application to Transfer Denied
March 25, 1997.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of one count of second degree assault, § 565.060, and one count of armed criminal action, § 571.015, as

**John and Nedra AYERS, Appellants,**

v.

**Kenneth and Loberta MYERS and Thomas Munro, Respondents.**

**No. WD 52232.**

Missouri Court of Appeals,
Western District.

Dec. 24, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1997.

Application to Transfer Denied
March 25, 1997.

